UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JACKIE CALLENDER,<br>Plaintiff | CIVIL DOCKET NO. 1:19-CV-00530 |
| VERSUS | JUDGE DRELL |
| WAL-MART LOUISIANA, L.L.C.,<br>Defendant | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Callender's Motion to Remand (ECF No. 52) is DENIED.

THUS, ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 31st day of August 2021.

JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT